THE PEOPLE OF THE STATE OF NEW YORK v. GILBERT SIMPSON.— Motion to

dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before February 28, 1931, with notice of argument for March 17, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.